# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-2430

———————————————

GERALD MCHENRY,

    Appellant,

    v.

CIS HOME LOANS, SUGEIL
MCHENRY a/k/a SUGEIL MIJARES
MCHENRY, et al.,

    Appellees.

———————————————

On appeal from the Circuit Court for Suwannee County.
Mark E. Feagle, Judge.

August 11, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Elizabeth Rosado Brinson of The Brinson Law Firm, PLLC, Live Oak, for Appellant.

Curtis Alan Wilson of McCalla Raymer, LLC, Orlando, for Appellee CIS Home Loans.